UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
Aron Posen, individually and on behalf of all others
similarly situated,

                Plaintiff,

Case No.: 1:21-cv-4071

    -against-
Portnoy Schneck, L.L.C.,
Cavalry SPV I, LLC,

                Defendant(s).
---------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 12th day of August, 2021        Respectfully Submitted,

                                                 */s/ Tamir Saland*
                                                 Tamir Saland
                                                 Stein Saks, PLLC
                                                 One University Plaza
                                                 Hackensack, NJ 07601
                                                 Phone: 201-282-6500
                                                 tsaland@steinsakslegal.com
                                                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 12, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Tamir Saland*
Tamir Saland
